**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7157**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

MITCHELL GATEWOOD,

              Defendant - Appellant.



Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., Chief District Judge. (3:07-cr-00054-RJC-1)


Submitted:  February 9, 2012      Decided:  February 14, 2012


Before WILKINSON, AGEE, and FLOYD, Circuit Judges.


Affirmed by unpublished per curiam opinion.


Mitchell Gatewood, Appellant Pro Se.  Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.


Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mitchell Gatewood appeals the district court's order denying his motion to dismiss Count Two of the Information. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Gatewood, No. 3:07-cr-00054-RJC-1 (W.D.N.C. July 28, 2011). We further deny Gatewood's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED